Exhibit A

## DECLARATION OF JOSHUA JONES

1.   My name is Joshua Jones, and I am the Senior Litigator at Federal Defenders of San Diego, Inc. ("FDSDI").  I am a licensed attorney in California and have practiced primarily federal criminal defense since 2008.

2.   FDSDI represents indigent people charged with federal crimes in the Southern District of California, the majority of whom are incarcerated prior to conviction and sentencing.

3.   Due to the outbreak of COVID-19, a highly contagious and deadly virus, our ability to consult with our clients has been severely restricted.  The MCC suspended legal visitation on March 13, 2020. Out of concern for the health and safety of our clients and employees, we restricted our attorneys from entering any of the other local detention facilities unless and until we received information that convinced us there was no risk of transmission. It has been difficult to get information regarding the conditions at the various facilities where our clients our housed. On March 23, 2020, our office sent letters to the wardens of the local jails requesting that they implement plans to help prevent an outbreak of COVID-19. Thus far, the MCC is the only facility to have responded.

4.   Due to widespread reporting and medical opinions that incarcerated individuals are particularly vulnerable to an outbreak of COVID-19, our office is extremely concerned about the health of our FDSDI clients.

5.   As a result of this concern, I created a questionnaire and directed our attorneys to ask their detained clients about conditions at the facilities where they are incarcerated.  This declaration summarizes what our clients have observed at GEO (Western Region Detention Facility) in the last two weeks. At GEO 24 clients provided information, and 11 interviews occurred after April 5, 2020.

6.   I do not have personal knowledge of the conditions in any of these

facilities. My knowledge of these conditions is based on information relayed to me through attorneys working in my office. That said, where accounts corroborated each other or were corroborated by other circumstances, I have attempted to so indicate.

7. **Detainees have received limited information about COVID-19 and necessary protective measures.** In mid-March, detainees received a flyer about the coronavirus. A poster was put up the week of March 30 about social distancing. One respondent stated he could not read, but learned from others he needed to wash his hands. Another said he has received no information apart from what he sees on TV.

8. It appears the facility's first meetings with detainees about COVID-19 protective measures occurred on or around April 2nd and 3rd. One town hall style gathering addressed COVID-19 concerns and a hunger strike. Another respondent said doctors instructed the detainees to keep six feet between themselves and the guards, but not each other because it was not possible. They also told them not to touch walls, and not to worry because there are no cases in GEO.

9. **Social distancing is impossible at GEO.** Respondents state they cannot maintain a six-foot social distance from other detainees and staff. One reported that it is impossible not to touch other detainees.

10. **Respondents state that new detainees continue to arrive at GEO, and the population has not significantly decreased.** In interviews on April 7, one respondent said that 8 new detainees arrived to his unit in the last two to three weeks. Another said two new people arrived, but otherwise, the same people remained. Another said his unit was reduced from 24 people to 20 people.

11. **Sleeping arrangements preclude social distancing at GEO**. Detainees at GEO sleep in close quarters, in beds spaced three to four feet apart.

One respondent reports sleeping just a few feet away from a well-trafficked hallway. No general population detainee reports living without a cellmate. Some respondents share small rooms with 2 to 4 people, others reside with 11 to 12 people in dormitories.  Respondents in larger dormitories say they exceed 30 people and are at-capacity.

12. **Social distancing is not practiced in communal areas or at mealtimes.** Detainees eat communally and close together. For example, one respondent reports lining up close together at meal times and eating at a single table with six other people.

13. They also spend downtime together. Two respondents report that their units of up to 36 people spend most of the day in cramped TV rooms, which are too small to allow for social distancing.

14. Guards continue to perform physical searches of detainees, ranging from patdowns to full searches. One respondent has been strip searched in the last two weeks. Another respondent reports standing shoulder to shoulder with other detainees once per day for count.

15. Detainees wear gloves only while cleaning. Neither detainees nor guards wear masks.  As of April 7, 2020, a respondent said only nurses wear masks.

16. One respondent said detainees are concerned that guards work different floors on different days instead of only one floor, increasing the risk of spread.  He said detainees have requested masks because they cannot socially distance and are scared that guards will bring COVID-19 into the jail.

17. **There are significant hygiene problems at GEO.**

18. Multiple respondents reported that water will shut off for days at a time, showers break, and toilets regularly clog.  Sewage is leaking from drains.

19.     Two respondents reported on or around April 3 that the water had shut off three days prior, and detainees were unable to shower or wash their hands.  One added that two weeks prior, the water shut off for a day and trash can was filled with water for communal handwashing.

20.     Every respondent said there is no in-unit hand sanitizer.

21.     Respondents receive free soap: one bar a week. In a March 27 interview, another stated that GEO was out of soap two weeks prior and did not commission it until the following week.  In interviews on April 7, 2020, two respondents reported frequently running out of soap, whereas another said he buys soap because the nurse said the free soap is not great.  One person reported that people tend to share the same bar of soap, and another reported that a bar is left at the communal sink for everyone's use. Another lamented that detainees "get the run around" if they ask for more.

22.     Showers are communal and are not sanitized between uses.  One respondent said a shower is shared by 28 detainees; another said that because their shower is broken, they are taken to shower in intake in groups of three.  Some say they must shower once a day.  Others state showering is not mandatory, and expressed concern that many choose not to shower.

23.     Rags for cleaning communal areas are reused for about a week at a time.

24.     One respondent said the facility provides a single spray bottle for a unit, and the detainees clean the unit once a day.

25.     Another respondent indicated that detainees are scared to eat food prepared in the facility.  Many experienced diarrhea and stomach issues after meals prepared the week of March 30, 2020.

26.     Detainees are trying to consume pre-packaged food to minimize

contact with others through communal eating and food preparation, but this reliance on commissary food is often cost prohibitive.

27. **GEO houses detainees at high risk of serious illness or death.** Respondents report comorbidities like diabetes, high blood pressure, cancer, and asthma.

28. **Indications that COVID-19 may already be present in GEO.** Almost all the men and women interviewed stated they have observed dry coughing and other COVID-19 symptoms in other GEO detainees. For example, one respondent described four individuals in his 29 person unit who have fever, cough, and difficulty breathing. One is too weak to stand. Five respondents reported experiencing symptoms themselves, including fever, coughing, headaches, and sore throats.

29. **Detainees report significant delays in receiving medical attention, including temperature taking.** One respondent reported that a detainee with a cough and a fever asked to see a doctor but was refused. According to another respondent, GEO was slow to order a medical examination for a sick detainee and did not treat two others with fevers for five days. Another respondent reported receiving medical treatment a week after putting in a medical request, and stated that requests for temperature readings take 5-6 days to process. Another estimated that it takes 4-7 days for sick requests to process.

30. Another respondent who was experiencing flu-like symptoms and coughing said he did not bother seeking medical treatment because of delays. He added that three people in his room have fevers, one of whom is also coughing. After a temperature reading, the three people with confirmed fevers were returned to the respondent's room without further testing or treatment.

31. **GEO does not appear to be testing for COVID-19.** No respondents

have received a COVID-19 test or know of someone who has been tested. According to one respondent, GEO officials said they do not have tests, and that only the gravest cases would be taken for testing.

33. **Detainees' grievances are ignored and some are met with retaliation.** Respondents report filing grievances for masks, medical attention, and more sanitary conditions that have gone unanswered. Two respondents said grievances prompt retaliation, explaining that officers are notified when a detainee writes a grievance about them. They say guards have called them "snitches," denied the ability to help at meal times, and treated them rudely afterwards.

33. **Detainees at GEO do not feel safe.** The individuals interviewed said they were worried by what they saw on the news and in the GEO facility. One said he felt physically unsafe because there is no space, no masks, and tensions are rising, with fights becoming more frequent. No one feels safe from the spread of a contagious disease. As one detainee stated, "I feel like I'm going to die here."

34. **Some GEO detainees have gone on a hunger strike protesting conditions of confinement during the pandemic.** Detainees are demanding better medical treatment, lower phone call costs, lower commissary prices, access to face masks and hand sanitizer, and the release of certain people charged with illegal entry.

35. Reports from April 6, 2020 indicate the number of detainees on hunger strike was growing. One respondent estimated that when the strike began on Thursday, April 2, 2020, with thirty detainees were refusing to eat, but as of Monday, April 6, 2020, one hundred detainees were involved. Another said he knows of three people in his thirty-five person unit participating, whereas a third respondent said his sixty person unit is may join along with a few other floors.

36. Some participants have pre-existing medical conditions, such as

diabetes. On April 6, 2020, a detainee participating in the hunger strike fainted and was taken on a stretcher to the clinic. As of April 7, 2020, some detainees ended their hunger strike, particularly those with pre-existing conditions. Some units are relatively un-impacted or unaware of the hunger strike.

**I state under penalty of perjury that the foregoing is true and correct.**

Executed on: April 8, 2020

By: _/s/_