UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOEL AGUILERA-BARRAGAN,<br>Defendant. | CASE NO.:   19CR3017-JLS<br><br>ORDER<br>RE JOINT MOTION TO<br>CONTINUE MOTION HEARING |

**IT IS HEREBY ORDERED** that the Joint Motion to Continue Defendant's motion hearing scheduled for October 23, 2020 to December 4, 2020 at 2:00 p.m. is **granted**. The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 18 and subsequent related orders.

**IT IS SO ORDERED**.

Dated:  October 22, 2020

Hon. Janis L. Sammartino
United States District Judge